small flowers or designs of undisclosed material and value have been placed around the article to cover the seam. The completed rings are used for catching drippings on liquor and wine bottles by placing them over the necks of the bottles. On the record presented, it was held that plaintiff failed to show that the merchandise at bar does not consist of artificial flowers in chief value of other materials, as classified, or that it is in chief value of india rubber, as claimed. On the authority of *Yardley & Co., Ltd., et al.* v. *United States* (41 C. C. P. A. 85, C. A. D. 533), the protest was overruled.

**No. 59073.**—Gaetano A. Buttafarri *v.* United States, protest 241659–K (New York).

Opinion by WILSON, J. In accordance with oral stipulation that the involved merchandise is the same in all material respects as that the subject of Abstract 58433, the claim of the plaintiff was sustained.

**No. 59074.**—Fairfield Wool Company, Inc., et al. *v.* United States, protests 170824–K, etc. (Bridgeport).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of waste sheepskin scrap similar in all material respects to that the subject of *Fairfield Wool Co., Inc.* v. *United States* (33 Cust. Ct. 199, C. D. 1653), the claim of the plaintiffs was sustained.

**No. 59075.**—Gorack Corp. et al. *v.* United States, protests 247449–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of waste sheepskin scrap similar in all material respects to that the subject of *Fairfield Wool Co., Inc.* v. *United States* (33 Cust. Ct. 199, C. D. 1653), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MAY 16, 1955

**No. 59076.**—Calvaire *v.* United States, protest 229082–K (B) (New York).